[No. 46292-0-I.   Division One.   September 5, 2000.]

LINDA JORDAN, ET AL., *Appellants*, v. THE CITY OF SEATTLE, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No 99-2-21036-1, Suzanne Marie Barnett, J., entered September 23, 1999. *Dismissed* by unpublished opinion per Webster, J., concurred in by Agid, C.J., and Grosse, J.

[No. 18501-0-III.   Division Three.   September 7, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. DARCEE ELIZABETH SALAZAR, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 98-1-00265-8, Craig J. Matheson, J., entered May 26, 1999. *Affirmed* by unpublished opinion per Brown, A.C.J., concurred in by Sweeney and Schultheis, JJ.

[No. 18796-9-III.   Division Three.   September 7, 2000.]

CURTIS J. JOHNSON, *Individually, as Natural Parent, and as Next Friend, Appellant*, v. HARRY R. JENSEN, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 97-2-04251-2, Salvatore F. Cozza, J., entered September 10, 1999. *Affirmed* by unpublished per curiam opinion.